IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Cedric Reynolds, | ) | |
| | ) | |
| Petitioner, | ) | C/A No. 9:18-1809-TMC |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Warden H. Joyner, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner Cedric Reynolds, a federal proceeding pro se, filed a petition seeking habeas relief pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02, D.S.C., this matter was referred to a magistrate judge for pretrial handling. Before the court is the magistrate judge's Report and Recommendation ("Report"), recommending that the Petition be summarily dismissed without prejudice and without requiring the Respondent to file a return. (ECF No. 10). The parties were advised of their right to file objections. (ECF No. 10 at 9). However, Petitioner did not file any objections, and the time to do so has now run.

The Report has no presumptive weight and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). In the absence of objections to the Report, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review, the court finds no clear error and, therefore, adopts the Report (ECF No. 10) and incorporates it herein by reference. Therefore, the habeas petition is **DISMISSED** without prejudice and without requiring Respondent to file a return.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

October 30, 2018
Anderson, South Carolina